# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARIA MARTINEZ FIGARI,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No: 6:16-cv-1612-Orl-40GJK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Claimant's appeal from a final decision of the Commissioner of Social Security denying her application for benefits (Doc. 1) filed on September 15, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 24, 2017 (Doc. 19), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of the Commissioner and close the file.

**DONE AND ORDERED** in Orlando, Florida on August 9, 2017.

/s/ Paul G. Byron
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties